**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOYETTE WEBB, MICHAEL KEARINS, WILLIAM BUNCH, and LAUREN PIETRANGELO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAVIS TIRE SUPPLY LLC d/b/a MAVIS DISCOUNT TIRE,<br><br>Defendant. | Case No. 7:25-cv-08615-KMK |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Joyette Webb, Michael Kearins, William Bunch, and Lauren Pietrangelo pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Mavis Tire Supply LLC d/b/a Mavis Discount Tire. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs hereby dismiss, without prejudice, all claims against Defendant. Each party shall bear its own costs.

Dated: June 10, 2026

Respectfully submitted,

*/s/ Mark K. Svensson*

Mark K. Svensson (380202021)
**MILBERG, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (202) 975-0468
msvensson@milberg.com

Gary M. Klinger (*Pro Hac Vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: 866.252.0878
Email: gklinger@milberg.com

James J. Pizzirusso (*Pro Hac Vice*)
**HAUSFELD LLP**
1200 17th Street, N.W.
Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
Email: jpizzirusso@hausfeld.com

Steven M. Nathan (NY 2156289)
Ashley Crooks (*Pro Hac Vice*)
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, New York 10004
Tel.: (646) 357-1100
Email: snathan@hausfeld.com
Email: acrooks@hausfeld.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mark K. Svensson*
Mark K. Svensson